UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA
    Plaintiff

                              CIVIL NO. 06-CV-2156 (~~HL~~)(SEC)

    V.

Edgar A. Pou-De Santiago
    Defendant

## JUDGMENT

Having considered the stipulation for Consent Judgment filed by the parties, the same is hereby APPROVED.

WHEREFORE, IT IS

ORDERED, ADJUDGED AND DECREED that if defendant fails to comply with the terms of the stipulation, plaintiff will be entitled to recover the total amount of $98,846.02 plus interest at the rate of 4.93% from March 29, 2007, until fully paid, attorneys fees, costs; and, a 10% surcharge if forced to utilize any of the remedies under Sub-chapter C of the Federal Debt Collection Procedures Act of 1990 (28 USC § 3011).

At San Juan, Puerto Rico, this 11th day of May 2007.

                                                    UNITED STATES DISTRICT JUDGE

